**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| AMERICANS FOR PROSPERITY FOUNDATION, | ) ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1349 (RDM) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* | ) ) | |
| | ) | |
| *Defendants*. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Minute Order, dated December 12, 2025, Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendant U.S. Department of Homeland Security ("DHS") and U.S. Department of the Treasury (collectively, "Defendants"), by and through undersigned counsel, respectfully submit the following Joint Status Report in this Freedom of Information Act ("FOIA") lawsuit.

1.      Since the parties' last Joint Status Report, ECF No. 21 (Dec. 11, 2025), DHS made two further interim releases on January 26, 2026 and February 17, 2026. The January 26, 2026 release was responsive to the DHS-CISA portions of the request, while the February 17, 2026 release addressed all outstanding records for DHS-HQ.  DHS-HQ has completed all processing and made its final release on February 17, 2026.

2.      DHS-CISA reports that there are approximately 205 pages that remain to be processed, including 23 pages of records sent for outside consultation.  The current lapse in DHS appropriations has unfortunately interfered with DHS-CISA's ability to make further interim releases.

3.    Due to the current lapse in DHS appropriations that began on February 14, 2026, DHS-CISA is unable to make interim releases.  Due to the uncertainty of the duration of the current lapse, DHS-CISA cannot offer an expected timeframe for its next release.  Once the lapse is over and funding is restored, DHS-CISA aims to continue making monthly interim releases until all remaining records are processed.

4.    The parties continue to believe that, at the conclusion of production, judicial efficiency would best be served by allowing time for the parties to confer and attempt to narrow or eliminate any differences they might have with respect to the treatment of records.

5.    The parties propose the Court order them to submit another Joint Status Report on or before May 15, 2026.  In that report, the parties anticipate updating the Court on the status of this litigation and, if necessary, proposing a schedule for further proceedings, including summary judgment briefing.

Dated: March 13, 2026

/s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

Counsel for Plaintiff AFPF

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Kennth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2562

Attorneys for the United States of America