**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| AMERICANS FOR PROSPERITY FOUNDATION, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 24-1349 (RDM) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |
| _____ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 16, 2026, Minute Order, Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendants U.S. Department of Homeland Security ("DHS") and U.S. Department of the Treasury (collectively, "Defendants'), by and through undersigned counsel, respectfully submit the following Joint Status Report in this Freedom of Information Act ("FOIA") lawsuit.

1.      Since the parties' last Joint Status Report, ECF No. 22 (Mar. 13, 2026), and following the end of the lapse in DHS appropriations, DHS made one interim release on May 7, 2026.  That release was responsive to the DHS Cybersecurity and Infrastructure Security Agency's ("CISA") portions of AFPF's FOIA request.

2.      DHS-CISA reports there are approximately 128 pages that remain to be processed, all of which have been sent for outside consultation.  Of these pages, 105 were only recently determined to require additional consultation as part of the May 7, 2026, interim release.

3.      DHS-CISA will continue to make monthly interim releases until all remaining records are processed.

4.      The parties continue to believe that, at the conclusion of production, judicial efficiency would best be served by allowing time for the parties to confer and attempt to narrow or eliminate any differences they might have with respect to the treatment of records.  In this respect, AFPF has already provided DHS with a list of issues to be discussed based on the productions to date.  AFPF intends to supplement this list, as needed, upon review of any remaining interim productions.

5.      The parties propose that the Court order them to submit another Joint Status Report on or before July 17, 2026.  In that report, the parties anticipate updating the Court on the status of this litigation and, if necessary, proposing a schedule for further proceedings, including summary judgment briefing.

Dated: May 15, 2026

/s/ Ryan P. Mulvey
Ryan P. Mulvey
D.C. Bar No. 1024362

AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Telephone: (571) 444-2841
rmulvey@afphq.org

Counsel for Plaintiff AFPF

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2562

Attorneys for the United States of America

2